1

2

3

4

5

6

7

8    **IN THE UNITED STATES DISTRICT COURT**

9    **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   ROBERT HAVEN,                                    No.  2:21-CV-0475-KJM-DMC-P

12            Petitioner,

13       v.

14   DANIEL CUEVA,                                    FINDINGS AND RECOMMENDATIONS

15            Respondent.

16

17
            Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of
18
     habeas corpus under 28 U.S.C. § 2254.   Pending before the Court is Respondent's motion to
19
     dismiss, ECF No. 15.  Petitioner has not filed an opposition.
20
            Respondent argues that the instant petition must be dismissed because it fails to
21
     raise a cognizable claim.  See ECF No. 15.  Pursuant to Eastern District of California Local Rule
22
     230(c), the Court construes Petitioner's failure to file an opposition to Respondent's motion as
23
     consent to the relief requested.
24
     / / /
25
     / / /
26
     / / /
27
     / / /
28
                                              1

1    Based on the foregoing, the undersigned recommends that Respondent's

2  unopposed motion to dismiss, ECF No. 15, be granted.

3    These findings and recommendations are submitted to the United States District

4  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days

5  after being served with these findings and recommendations, any party may file written objections

6  with the Court.  Responses to objections shall be filed within 14 days after service of objections.

7  Failure to file objections within the specified time may waive the right to appeal.  See Martinez v.

8  Ylst, 951 F.2d 1153 (9th Cir. 1991).

9

10

11  Dated:  February 14, 2022

12                                                    _____
                                                      DENNIS M. COTA
13                                                    UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28