IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAVEN,<br><br>        Petitioner,<br><br>    v.<br><br>DANIEL CUEVA,<br><br>        Respondent. | No. 2:21-CV-0475-KJM-DMC-P<br><br><br>ORDER |

        Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254.  On February 15, 2022, the Court issued findings and recommendations that Respondent's unopposed motion to dismiss be granted pursuant to Eastern District of California Local Rule 230(c), (l) based on Petitioner's failure to file an opposition. The District Judge declined to adopt the findings and recommendations in light of Petitioner's objections in which he stated that he never received Respondent's motion to dismiss.  The District Judge referred the matter back to the undersigned for further proceedings.

        To ensure that Petitioner has notice of Respondent's motion and an opportunity to respond in writing, the Court will direct that Respondent re-serve his motion to dismiss.  The Court will also provide Petitioner additional time to respond.

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. Respondent is directed to re-serve his motion to dismiss and supporting request for judicial notice on Petitioner, and to file with the Court proof of re-service, within 15 days of the date of this order.

2. Petitioner's opposition to Respondent's motion to dismiss is due within 60 days of the date that Respondent files the above-described proof of re-service.

Dated: November 14, 2022

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE