IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT HAVEN, | No. 2:21-cv-00475-KJM-DMC-P |
| Petitioner, | |
| v. | ORDER |
| DANIEL CUEVA, | |
| Respondent. | |

  Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2254. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

  On June 15, 2023, the Magistrate Judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

  The court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed de novo. *See Robbins v. Carey,* 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court . . . .").

1         The court adopts the Magistrate Judge's recommendation to dismiss the petition as
2 a whole because it is a "mixed" petition and because petitioner has not requested a stay and
3 abeyance. *See Pliler v. Ford*, 542 U.S. 225, 231 (2004); *Rose v. Lundy*, 455 U.S. 509, 510
4 (1982). The court cannot conclude a stay and abeyance would be appropriate in this case. *See*
5 *Rhines v. Weber*, 544 U.S. 269, 277–78 (2005) (discussing appropriate circumstances for stay and
6 abeyance). The court need not and does not reach the state's independent argument for dismissal
7 of petitioner's claims about unlawful searches and seizures. *See* Mot. Dismiss at 3, ECF No. 15.
8         Pursuant to Rule 11(a) of the Federal Rules Governing Section 2254 Cases, the
9 court has considered whether to issue a certificate of appealability. Before petitioner can appeal
10 this decision, a certificate of appealability must issue. *See* 28 U.S.C. § 2253(c); Fed. R. App. P.
11 22(b). Where the petition is denied on the merits, a certificate of appealability may issue under
12 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a
13 constitutional right." 28 U.S.C. § 2253(c)(2). The court must either issue a certificate of
14 appealability indicating which issues satisfy the required showing or must state the reasons why
15 such a certificate should not issue. *See* Fed. R. App. P. 22(b). Where the petition is dismissed on
16 procedural grounds, a certificate of appealability "should issue if the prisoner can show: (1) 'that
17 jurists of reason would find it debatable whether the district court was correct in its procedural
18 ruling'; and (2) 'that jurists of reason would find it debatable whether the petition states a valid
19 claim of the denial of a constitutional right.'" *Morris v. Woodford*, 229 F.3d 775, 780 (9th Cir.
20 2000) (quoting *Slack v. McDaniel*, 529 U.S. 473, 120 S. Ct. 1595, 1604 (2000)). For the reasons
21 set forth in the Magistrate Judge's findings and recommendations, the court finds that issuance of
22 a certificate of appealability is not warranted in this case.
23         Accordingly, IT IS HEREBY ORDERED that:
24         1.     The findings and recommendations filed June 15, 2023, are adopted in part
25 as described above;
26         2.     Respondent's unopposed motion to dismiss, ECF No. 15, is granted;
27 /////
28 /////

3. The Court declines to issue a certificate of appealability; and

4. The Clerk of the Court is directed to enter judgment and close this file.

DATED: August 21, 2023.

CHIEF UNITED STATES DISTRICT JUDGE